# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No.** |
| | ) | |
| **DANIEL WYERS** | ) | |

## INFORMATION

The United States Attorney charges that:

## INTRODUCTION

At all times relevant to this Information:

1. Defendant **DANIEL WYERS** served as a Mental Health Nurse Practitioner (MHNP) for a Medical Contractor (the "MC"), that provided medical services to the Walker County Sheriff's Department at the Walker County Jail (Jail) in Jasper, Alabama, within the Northern District of Alabama.

2. As the Jail's MHP, defendant **DANIEL WYERS** was responsible for providing basic mental health services to Jail detainees, including: the identification and referral of patients with mental health needs, crisis intervention services, psychotropic medication management, and referral to qualified mental health professionals immediately for those suffering from serious mental health problems.

3. To facilitate providing these services, MC nurses working at the Jail and/or

1

Correctional Officers were expected to conduct screenings for mental health problems upon a detainee's jail intake or as soon as possible, thereafter. Any inmate with a positive mental health screening for mental illness was supposed to receive an initial mental health evaluation by the defendant **DANIEL WYERS**.

4. All MC nurses working at the Jail, including defendant **DANIEL WYERS**, were obligated to provide medically necessary care to detainees including, care appropriate to the diagnosis or treatment of a patient's condition, illness, or injury that threatens well-being or can lead to significant deterioration or progression of disability.

5. On or about January 12, 2023, through January 26, 2023, defendant **DANIEL WYERS** was on duty in his official capacity at the Walker County Jail.

6. Individual #1 was a 33-year-old pre-trial detainee incarcerated at the Walker County Jail from on or about January 12, 2023, through January 26, 2023.

## COUNT ONE 18 U.S.C. § 242
**(Deprivation of Rights Under Color of Law)**

7. On or about January 12, 2023, until on or about January 26, 2023, in Walker County, within the Northern District of Alabama, the defendant,

**DANIEL WYERS**

while acting under color of law, willfully deprived Individual #1 of his right to be free from the deprivation of liberty without due process of law, which includes the right to be free from unconstitutional conditions of confinement.

All in violation of Title 18, United States Code, Section 242.

**PRIM F. ESCALONA**
United States Attorney


*/s/ Electronic Signature*
**MICHAEL A. ROYSTER**
Assistant United States Attorney